IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **MEKCO JONES,** *Individually, and on behalf of himself and others similarly situated,*  <br><br>      Plaintiff,  <br><br>v.  <br><br>**THE TROXEL COMPANY,** a Delaware Corporation,  <br><br>      Defendant. | Case No. 2:20-cv-02945-JTF-atc |

## ORDER GRANTING JOINT RESOLUTION OF PLAINTIFF'S FLSA CLAIMS AND DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff Mekco Jones and Defendant The Troxel Company's (collectively, the "Parties") Joint Motion for Order Approving Resolution of Plaintiff's FLSA Claims and Incorporated Memorandum in Support (hereinafter, the "Motion") and Dismissing Case, filed on June 2, 2022. (ECF No. 14.)  After reviewing the Motion and the terms of the settlement agreement, the Court finds as follows:

(1) The settlement agreement in this Fair Labor Standards Act ("FLSA") action was negotiated and agreed upon in an adversarial context;

(2) Both sides are represented by labor and employment counsel experienced in FLSA individual and collective actions; and

(3) The agreed-upon resolution represents a fair and reasonable compromise of the FLSA claims, given the significant factual disputes in the case and the uncertainty associated with proceeding to trial.

For the foregoing reasons, the Court finds that the Parties' Motion is well-taken and should be **GRANTED**. Accordingly, this action is hereby **DISMISSED** with prejudice. A separate judgment will be entered closing the case.

**IT IS SO ORDERED** this 7th day of June, 2022.

*s/ John T. Fowlkes, Jr.*
JUDGE JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE
