# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **MEKCO JONES,** *Individually, and on behalf of himself and others similarly situated,* ) ) ) ) ) Plaintiff, ) ) v. ) ) **THE TROXEL COMPANY,** ) a Delaware Corporation, ) ) Defendant. ) | Case No. 2:20-cv-02945-JTF-atc |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order granting Joint Resolution of Plaintiff's FLSA Claims and Dismissing Case with Prejudice, entered on June 7, 2022. (ECF No. 15.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                    THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE            CLERK


June 7, 2022                            Shawn F. Greene
DATE                                    (By) LAW CLERK